LAW OFFICES OF JOHN C. KYLE & GREGORY J. SMITH
Gregory J. Smith Esq. #114576
Kathleen H. Crist, Esq. #146197
5637 N. Pershing Avenue, Suite H8a
P.O. Box 7007
Stockton, California 95267-0007
(209) 956-9698/fax: (209) 956-9697

Attorneys for the Debtors
VIRAY, RODERICK L.
VIRAY, BERNADETTE M.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | ) Case No.: | 15-25135-D-13 G |
|   VIRAY, RODERICK L. | ) DC No: | JCK-003 |
|   VIRAY, BERNADETTE M. | ) In Proceedings Under Chapter 13 | |
| | ) Date: | July 6, 2017 |
| | ) Time: | 10:00 AM |
| | ) Department: | D |
| | ) Courtroom: | 34, 6th Floor |
| | ) Location: | U.S. Bankruptcy Court |
| | ) | 501 "I" Street |
| | ) | Sacramento, California |
|                  Debtors | ) Judge: | Robert S. Bardwil |

DEBTORS' MOTION TO SELL REAL PROPERTY

Debtors, RODERICK L. & BERNADETTE M. VIRAY, hereinafter referred to as "Debtors," by and through their attorney of record, the Law Offices of John C. Kyle & Gregory J. Smith, hereby, petitions the Court for an Order Authorizing Debtor to Sell Real Property. Debtors filed a Chapter 13 petition on June 26, 2015. The plan was confirmed by the Court on November 17, 2015. Debtors are seeking to sell their residence at 17240 Canyon Gate Lane, Lathrop, California 95330.

1. Debtors, per the attached sellers statement, propose to sell their home at 17240 South Canyon Gate Lane, Lathrop, California 95330, and payoff their Chapter 13 Plan at 100 %. The current approximate balance is $ 62,000 (which includes a balance on a pre-petition arrearage claim of $ 19,742).

2. The balance due to the Seller/Debtors would be $ 80,028.47. Debtors point out that the Seller's Statement includes a First Mortgage payoff of $ 266,885.64 which undoubtably

    includes a substantital amount of the $ 19,742 in arrears claimed through the Chapter 13 Plan.  Some recalculation would be required here.

3. The Debtors will include the following language in the Order Granting the Motion to Sell Real Property:

  A. The sale is approved provided all liens are paid in a manner consistent with the plan, notwithstanding relief from stay having been entered.

  B. Trustee must approve of the Title Company and Escrow Company to be used in connection with the sale.   His approval shall not be unreasonably withheld.

  C. The sale is approved provided that the Trustee approves the estimated closing statement to be prepared in connection with the sale, and when approved, disbursements may only be made in accordance with the approved closing statement.

4. Currently the Title company is Chicago Title Company.

5. The Debtors wish to get this matter closed and respectfully request that the Trustee and Court approve this Motion for Debtors to sell their current residence and use the proceeds to pay off their Chapter 13 Plan with all filed and allowed creditors to be paid 100 %.

      Respectfully Submitted,
      By The Law Offices of John C. Kyle & Gregory J. Smith

Dated: June 15, 2017    By: /s/ (Gregory J. Smith, Esq.)
         Gregory J. Smith, Esq.
         Attorney for Debtors